# United States Bankruptcy Court

For The
Southern District of West Virginia

In Re: JAMES WAYNE FRYE  
PO BOX 137  
HEWETT, WV 25108

Case No.: 05-23284  
SS #1: XXX-XX-0119

## Trustee's Final Report

Case Filed On: September, 26, 2005     Plan Confirmed On:

Dismissed Prior To Confirmation

Total funds received and disbursed pursuant to the plan: $ 12,838.00         Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 799 | ANDREW S NASON | 500.80 | 500.80 | 500.80 | 0.00 | 0.00 |
|  | Total Admin. | 500.80 | 500.80 | 500.80 | 0.00 | 0.00 |
| 002 | RODNEY A MILLER | 533.55 | 533.55 | 533.55 | 83.81 | 0.00 |
| 022 | WV STATE TAX DEPARTMENT BANKRUPTCY | 6,852.15 | 4,852.15 | 4,852.15 | 1,787.47 | 0.00 |
| 024 | WV INSURANCE COMMISSION | 15,994.16 | 8,012.93 | 8,012.93 | 1,997.62 | 0.00 |
| 027 | INTERNAL REVENUE SERVICE | 83,536.09 | 83,536.09 | 83,536.09 | 0.00 | 0.00 |
|  | Total Priority | 106,915.95 | 96,934.72 | 96,934.72 | 3,868.90 | 0.00 |
| 999 | JAMES WAYNE FRYE | 1,171.01 | 1,171.01 | 1,171.01 | 0.00 | 0.00 |
| 999C | CLERK, U.S. BANKRUPTCY COURT | 1,171.01 | 1,171.01 | 1,171.01 | 1,171.01 | 0.00 |
|  | Total Refund | 2,342.02 | 2,342.02 | 2,342.02 | 1,171.01 | 0.00 |
| 001 | GREENTREE SERVICING, LLC | 10,020.69 | 10,020.69 | 10,020.69 | 0.00 | 0.00 |
| 014 | COUNTRYWIDE HOME LOANS | 12,542.96 | 5,490.00 | 5,490.00 | 893.28 | 0.00 |
| 014PP | COUNTRYWIDE HOME LOANS | 4,837.94 | 4,837.94 | 4,837.94 | 4,837.94 | 0.00 |
| 021 | AMERICAN GENERAL FINANCE | 7,011.58 | 7,011.58 | 7,011.58 | 0.00 | 0.00 |
| 022 | WV STATE TAX DEPARTMENT BANKRUPTCY | 3,235.00 | 2,704.19 | 2,704.19 | 802.76 | 411.51 |
| 027 | INTERNAL REVENUE SERVICE | 5,773.53 | 5,773.53 | 5,773.53 | 63.78 | 30.36 |
|  | Total Secured | 43,421.70 | 35,837.93 | 35,837.93 | 6,597.76 | 441.87 |
|  | BAKERS HARDWARE | None | None | 0.00 | 0.00 | 0.00 |
|  | HOUSEHOLD TAX MASTERS | None | None | 0.00 | 0.00 | 0.00 |
|  | JP RECOVERY SERVICES INC | None | None | 0.00 | 0.00 | 0.00 |
|  | MID OHIO EMERGENCY SERVICES LLC | None | None | 0.00 | 0.00 | 0.00 |
|  | CHARLESTON GENERAL ER PHYS | None | None | 0.00 | 0.00 | 0.00 |
|  | ALLIED BOND & COLLECTION AGENCY | None | None | 0.00 | 0.00 | 0.00 |
|  | OSI COLLECTION | None | None | 0.00 | 0.00 | 0.00 |
|  | RITE AID CORP | None | None | 0.00 | 0.00 | 0.00 |
|  | PIONEER CREDIT RECOVERY INC. | None | None | 0.00 | 0.00 | 0.00 |
|  | J C PENNEY | None | None | 0.00 | 0.00 | 0.00 |
|  | NEW CENTURY EMERGENCY PHYSICIANS | None | None | 0.00 | 0.00 | 0.00 |
|  | PROFESSIONAL COLLECTORS | None | None | 0.00 | 0.00 | 0.00 |
|  | AMERICAN GENERAL FINANCE | None | None | 0.00 | 0.00 | 0.00 |
|  | PHYSICIANS CREDIT BUREAU | None | None | 0.00 | 0.00 | 0.00 |
|  | WASTE MANAGEMENT OF WV INC | None | None | 0.00 | 0.00 | 0.00 |
|  | ST FRANCIS HOSPITAL | None | None | 0.00 | 0.00 | 0.00 |
|  | ASSOCIATED EMER. PHYSICIANS, INC. | None | None | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Southern District of West Virginia

In Re: JAMES WAYNE FRYE  
PO BOX 137  
HEWETT, WV 25108

Case No.: 05-23284  
SS #1: XXX-XX-0119

## Trustee's Final Report

Case Filed On:  September, 26, 2005    Plan Confirmed On:

Dismissed Prior To Confirmation

Total funds received and disbursed pursuant to the plan:  $_____12,838.00             Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| | ASSOCIATED RADIOLOGISTS | None | None | 0.00 | 0.00 | 0.00 |
| | HRS | None | None | 0.00 | 0.00 | 0.00 |
| | BANK ONE | None | None | 0.00 | 0.00 | 0.00 |
| | LOGAN GENERAL HOSPITAL | None | None | 0.00 | 0.00 | 0.00 |
| | ALSIDE SUPPLY CENTER | None | None | 0.00 | 0.00 | 0.00 |
| | RIVERSIDE RADIOLOGICAL ASSOCIATES | None | None | 0.00 | 0.00 | 0.00 |
| | DANVILLE READY MIX INC | None | None | 0.00 | 0.00 | 0.00 |
| | RMA | None | None | 0.00 | 0.00 | 0.00 |
| | SEARS PAYMENT CENTER | None | None | 0.00 | 0.00 | 0.00 |
| | GUYAN TAX SERVICE INC | None | None | 0.00 | 0.00 | 0.00 |
| | PILL & PILL | None | None | 0.00 | 0.00 | 0.00 |
| | CAMC | None | None | 0.00 | 0.00 | 0.00 |
| | GROUP SAVINGS PLAN | None | None | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO | None | None | 0.00 | 0.00 | 0.00 |
| | NCO FINANCIAL SYSTEMS, INC. | None | None | 0.00 | 0.00 | 0.00 |
| | CREDIT CARD CENTER | None | None | 0.00 | 0.00 | 0.00 |
| | AMERICAN GENERAL FINANCE | None | None | 0.00 | 0.00 | 0.00 |
| | DANVILLE LUMBER COMPANY | None | None | 0.00 | 0.00 | 0.00 |
| | RESURGENT CAPITOL SERVICES | None | None | 0.00 | 0.00 | 0.00 |
| | PUBLIC FINANCE CORP | None | None | 0.00 | 0.00 | 0.00 |
| | ATLANTIC CREDIT & FINANCE, INC. | None | None | 0.00 | 0.00 | 0.00 |
| | PRA III INC | None | None | 0.00 | 0.00 | 0.00 |
| | PIONEER | None | None | 0.00 | 0.00 | 0.00 |
| | PIONEER | None | None | 0.00 | 0.00 | 0.00 |
| | AMERICAN GENERAL FINANCE | None | None | 0.00 | 0.00 | 0.00 |
| | MATEWAN BANKS CREDIT CARD | None | None | 0.00 | 0.00 | 0.00 |
| | IMBS | None | None | 0.00 | 0.00 | 0.00 |
| | LOWE'S | None | None | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT | None | None | 0.00 | 0.00 | 0.00 |
| | BYRNSIDE | None | None | 0.00 | 0.00 | 0.00 |
| | AT&T | None | None | 0.00 | 0.00 | 0.00 |
| | COUNTRYWIDE HOME LOANS | None | None | 0.00 | 0.00 | 0.00 |
| | USA WASTE SERVICES | None | None | 0.00 | 0.00 | 0.00 |
| | HEALTHCARE FINANCIAL | None | None | 0.00 | 0.00 | 0.00 |
| | JP RECOVERY SERVICES INC | None | None | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The
Southern District of West Virginia

In Re: JAMES WAYNE FRYE  
PO BOX 137  
HEWETT, WV 25108

Case No.: 05-23284  
SS #1: XXX-XX-0119

## Trustee's Final Report

Case Filed On: September, 26, 2005  Plan Confirmed On:

Dismissed Prior To Confirmation

Total funds received and disbursed pursuant to the plan: $ 12,838.00    Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| | GE CARD SERVICES | None | None | 0.00 | 0.00 | 0.00 |
| | RIVERSIDE METHODIST HOSPITAL | None | None | 0.00 | 0.00 | 0.00 |
| | HEALTHCARE COLLECITON SERVICE | None | None | 0.00 | 0.00 | 0.00 |
| | GE CAPITAL CONSUMER CARD | None | None | 0.00 | 0.00 | 0.00 |
| | GROUP SAVINGS PLAN | None | None | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT COMPANY | None | None | 0.00 | 0.00 | 0.00 |
| | BANK ONE, NA | None | None | 0.00 | 0.00 | 0.00 |
| | 84 LUMBER | None | None | 0.00 | 0.00 | 0.00 |
| 003 | PORTFOLIO RECOVERY ASSOCIATES | 5,291.73 | 5,291.73 | 52.92 | 0.00 | 0.00 |
| 003A | PORTFOLIO RECOVERY ASSOCIATES | None | None | 0.00 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 4,153.65 | 4,153.65 | 41.54 | 0.00 | 0.00 |
| 006 | SOUTH CHARLESTON ADJUSTMENT BUREAU | 171.00 | 171.00 | 1.71 | 0.00 | 0.00 |
| 007 | SOUTH CHARLESTON ADJUSTMENT BUREAU | 81.00 | 81.00 | 0.81 | 0.00 | 0.00 |
| 008 | SOUTH CHARLESTON ADJUSTMENT BUREAU | 631.00 | 631.00 | 6.31 | 0.00 | 0.00 |
| 009 | SOUTH CHARLESTON ADJUSTMENT BUREAU | 26.00 | 26.00 | 0.26 | 0.00 | 0.00 |
| 010 | SOUTH CHARLESTON ADJUSTMENT BUREAU | 127.00 | 127.00 | 1.27 | 0.00 | 0.00 |
| 011 | SOUTH CHARLESTON ADJUSTMENT BUREAU | 30.00 | 30.00 | 0.30 | 0.00 | 0.00 |
| 012 | SOUTH CHARLESTON ADJUSTMENT BUREAU | 72.50 | 72.50 | 0.73 | 0.00 | 0.00 |
| 013 | BONE & JOINT | 310.00 | 310.00 | 3.10 | 0.00 | 0.00 |
| 014 | BRICE, VANDER LINDEN & WERNICK, PC | None | None | 0.00 | 0.00 | 0.00 |
| 016 | 4M EMERGENCY SYSTEMS INC | 1,309.00 | 1,309.00 | 13.09 | 0.00 | 0.00 |
| 019 | BRANCH BANKING AND TRUST COMPANY | 959.85 | 959.85 | 9.60 | 0.00 | 0.00 |
| 020 | PATIENT FIRST | 174.95 | 174.95 | 1.75 | 0.00 | 0.00 |
| 022 | WV STATE TAX DEPARTMENT BANKRUPTCY | 1,057.80 | 1,057.80 | 10.58 | 0.00 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 2,907.41 | 2,907.41 | 29.07 | 0.00 | 0.00 |
| 024 | WV INSURANCE COMMISSION | 5,379.54 | 5,379.54 | 53.80 | 0.00 | 0.00 |
| 026 | B-REAL, LLC | 1,653.70 | 1,653.70 | 16.54 | 0.00 | 0.00 |
| 027 | INTERNAL REVENUE SERVICE | 15,305.55 | 15,305.55 | 153.06 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The
Southern District of West Virginia

In Re: JAMES WAYNE FRYE  
PO BOX 137  
HEWETT, WV 25108

Case No.: 05-23284  
SS #1: XXX-XX-0119

## Trustee's Final Report

Case Filed On: September, 26, 2005   Plan Confirmed On:

Dismissed Prior To Confirmation

Total funds received and disbursed pursuant to the plan:   $ 12,838.00    Detail of Disbursements below:

| Claim Number | Name of the Claimant | | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|---|
| 888 | LARRY M. BONHAM, COUNSEL | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Unsecured | 39,641.68 | 39,641.68 | 396.44 | 0.00 | 0.00 |
| | | Grand Totals: | 192,822.15 | 175,257.15 | 136,011.91 | 11,637.67 | 441.87 |

Total Paid Claimant: 12,079.54  
Trustee Allowances: 758.46  
Percent Paid Unsecured: 1.0000

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: October 16, 2008

/s/ Helen M. Morris  
Helen M. Morris, Trustee

# United States Bankruptcy Court

Southern District of West Virginia

In Re:                                                    CASE NO: 05-23284
JAMES WAYNE FRYE

Certificate of Mailing

JAMES WAYNE FRYE
PO BOX 137 HEWETT, WV 25108

ANDREW S NASON
PEPPER & NASON 8 HALE STREET CHARLESTON, WV 25301

All claimants receiving a summary
of the Trustee's Final Report

The undersigned certifies, under penalty of perjury, that a copy of the attached
Final Report
in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was electronically mailed, to the above.

Dated:                                                                            /s/ Helen M. Morris

                                                                                          Helen M. Morris

Copy for:      Clerk, U.S. Bankruptcy Court